UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HANNAS STARKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:03CV1810 RWS |
| ) | |
| JODA, L.L.C., ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the Memorandum and Order issued this same date,

**IT IS HEREBY ORDERED**, **ADJUDGED AND DECREED** that defendant shall have summary judgment on plaintiff's complaint, and plaintiff's complaint is dismissed with prejudice. Plaintiff shall bear all taxable costs of this action.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 17th day of August, 2005.